

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2019

No. 04-19-00602-CV

Christopher John **LOCASCIO,** Matthew Locascio, Remy John Locascio and Sara Locascio,
Appellants

v.

Charles **LOCASCIO,**
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19983
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On October 16, 2019, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk